UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 18 AM 11:30
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>GOMEZ-Rodriguez, Julio<br>Aka: PINEDA, Joaquin Gomez<br><br>Defendant. | Magistrate Case No.<br>**08 MJ 1194**<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326;<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about, **March 08, 2008**, within the Southern District of California, defendant, **GOMEZ-Rodriguez, Julio (aka: PINEDA, Joaquin Gomez)**, an alien who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States without the Attorney General of the United States, or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States, in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Deportation Officer
Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **18th** DAY OF **April 2008.**

_____
UNITED STATES MAGISTRATE JUDGE



## PROBABLE CAUSE STATEMENT

On or about March 08, 2008 the defendant **GOMEZ-Rodriguez, Julio** was arrested by U.S. Border Patrol who identified defendant, as PINEDA, Joaquin Gomez, in violation of Penal Code 3056, "Violation of Parole". The defendant was booked into San Diego County Jail. Subsequently the Border Patrol Agent determined the defendant to be a citizen of Mexico, placed a Form I-247 "Immigration Detainer" pending his release. After having been sentenced for the violation the defendant was referred to the custody of Donovan State Prison.

On Thursday April 17, 2008 the defendant was referred to Immigration and Customs Enforcement custody. An Immigration Enforcement Agent reviewed various sources of information and conducted official record checks in regards to the defendant confirming him to be a citizen of Mexico having been previously removed from the United States.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant was ordered removed from the United States by an Immigration Judge on February 21, 2008 and physically removed to Mexico on February 28, 2008 via the Calexico Port of Entry. Record checks also indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System "IDENT" and Automated Fingerprint identification System "IAFIS" were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as GOMEZ-Rodriguez, Julio a citizen and national of Mexico. A photograph and a set of fingerprints contained within the official Alien Registration File were also reviewed and compared to the defendant, further confirming his identity.