MAY 1 5 2008

...CT COURT
OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No.: 08CR 1582 W |
| Plaintiff, | INFORMATION |
| v. | Title 18, U.S.C., Sec. 1001 – False Statement to a Federal Officer |
| JOAQUIN GOMEZ PINEDA T/N, aka Julio Gomez-Rodriguez, | |
| Defendant. | |

The United States Attorney charges:

On or about March 8, 2008, within the Southern District of California, defendant JOAQUIN GOMEZ PINEDA, aka Julio Gomez-Rodriguez, in a matter within the jurisdiction of the United States Department of Homeland Security, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to a federal officer that his name was Julio Gomez-Rodriguez, whereas in truth and fact, as defendant then and there well knew that statement and representation was false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001.

DATED: May 15, 2008 .

KAREN P. HEWITT
United States Attorney

for W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
5/12/08