AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| AKA: JULIO GOMEZ-RODRIGUEZ, aka Joaquin Gomez Pineda T/N: | CASE NUMBER: 08CR1582-W |

I, JULIO GOMEZ-RODRIGUEZ, aka Joaquin Gomez Pineda, the above named defendant, who is accused of committing the following offense:

Title 18, U.S.C., Sec. 1001 - False Statement to a Federal Officer (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5-15-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Joaquin Gomez Pineda_
Defendant

_[signature]_
Counsel for Defendant

Before _[signature]_
JUDICIAL OFFICER



FILED
MAY 15 2008
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY